# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2017

Stephen J. Markman,
Chief Justice

155538 & (16)

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellant,

v

ELRAY CHEVEZ BAKER,
  Defendant-Appellee.

SC: 155538
COA: 337149
Genesee CC: 2016-040281-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 29, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2017



Clerk

s0411